# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

LINDA MORGAN,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

        Defendant.

Case No. CIV-07-166-RAW

## ORDER

On July 15, 2008, Magistrate Judge West entered a Report and Recommendation in the above-referenced case, recommending that this court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ), denying benefits to Plaintiff. On July 21, 2008, Plaintiff filed a timely objection to the Magistrate Judge's Report and Recommendation, contending, inter alia, that the medical records upon which the Commissioner relied constituted "mere conclusions and not evidence."

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. The Magistrate Judge's recommendation to affirm the ALJ is well-supported. As a result, Plaintiff's objections to the Report and Recommendation are overruled. Accordingly, the Report and

Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is affirmed.

IT IS SO ORDERED this 29th day of July, 2008.

**Dated this 29th Day of July 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma